CR-66 (10/97)



FILED - SOUTHERN DIVISION
CLERK, U S DISTRICT COURT

APR - 4 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | SACR 13-38 |
| Brian Charles Solomon DEFENDANT(S). | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __Friday, April 5, 2013__, at __2:00__ ☐ a.m. / ☒ p.m. before the Honorable __Jean P. Rosenbluth__, in Courtroom __6A__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __4/4/13__

_____
U.S. ~~District Judge~~/Magistrate Judge
**JEAN P. ROSENBLUTH**